JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI VATADI,<br>Petitioner,<br>v.<br>M. BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-00082-MRA-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is granted.

DATED: July 31, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE